235 F.2d 783
 E. B. JONES-HOMEMAKERS, Inc., Appellant,
v.
WESTINGHOUSE ELECTRIC SUPPLY COMPANY, a Corporation.
 No. 15568.
 United States Court of Appeals Eighth Circuit.
 July 25, 1956.
 
 Appeal from the United States District Court for the Eastern District of Missouri.
 R. D. FitzGibbon, Jr., St. Louis, Mo., for appellant.
 Edmonstone F. Thompson, David F. Ulmer and John O. Hichew, St. Louis, Mo., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on stipulation of parties.